**UNITED STATES of America,**
**Appellee,**

v.

**Jerome BASS, also known as**
**Rommie, Appellant.**

No. 07–2908.

United States Court of Appeals, Eighth Circuit.

Submitted: March 10, 2008.

Filed: March 26, 2008.

Jennie Dugan–Hinrichs, Special Assistant U.S. Attorney, U.S. Attorney's Office, Omaha, NE, for Appellee.

Jerome Bass, Corrections Corporation of America, Leavenworth, KS, Michael T. Levy, Omaha, NE, for Appellant.

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

PER CURIAM.

This case is before us for the second time. In *United States v. Bass,* 478 F.3d 948 (8th Cir.2007), we reversed the district court's order granting Mr. Bass a new trial

---

on a charge of conspiracy to distribute drugs and remanded the case for sentencing. In the present appeal, Mr. Bass asserts that the evidence adduced at trial was insufficient to convict him. But, as we observed in the previous appeal, a police officer testified that Mr. Bass confessed to him and there was overwhelming testimony tending to show Mr. Bass's involvement in the conspiracy. *See id.* at 952. The credibility of that testimony was a matter for the jury. Our previous holding is binding on us as the law of the case, and moreover we detect no error in it.

Affirmed.